**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keven Lee Chase** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 18-18307 | | |

☑ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2601 Cleveland Ave. West Lawn, PA 19609-1828  Berks County Zillow Value:  $163,877.00 Minus 20% Cost of Sale = $131,101.60** Line from *Schedule A/B*: **1.1** | $131,101.50 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2004 Ford Excursion 148,000 miles KBB Value: $2,431.00** Line from *Schedule A/B*: **3.1** | $2,431.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2001 Volkswagon Cabrio 180,000 miles KBB Value:  $346.00** Line from *Schedule A/B*: **3.2** | $346.00 | ☑ $346.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2001 Chevrolet Silverado 3500 200,000 miles Scrap Value: $100.00** Line from *Schedule A/B*: **3.3** | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **1997 BMW Unknown miles KBB Value Location: 2601 Cleveland Ave., West Lawn PA 19609-1828** Line from *Schedule A/B*: **3.4** | $910.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Keven Lee Chase** | | | | Case number (if known) | **18-18307** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Miscellaneous Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ☑ | $2,000.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Books, Pictures, DVD's, CD's**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ☑ | $100.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pistol**<br>Line from *Schedule A/B*: **10.1** | $200.00 | ☑ | $200.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ☑ | $150.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Diamond Credit Union**<br>Line from *Schedule A/B*: **17.1** | $356.66 | ☑ | $356.66 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: Diamond Credit Union**<br>Line from *Schedule A/B*: **17.2** | $30.39 | ☑ | $30.39 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pension: Smith Barney Police Pension**<br>Line from *Schedule A/B*: **21.1** | Unknown | ☐ | | **11 U.S.C. § 522(d)(10)(E)** |
| | | ☑ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal: 2018 Anticipated Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $2,580.00 | ☑ | $2,580.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **State Farm Insurance - Term Life**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☑ | $0.00 | **11 U.S.C. § 522(d)(7)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes